IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BELLE GARDEN ESTATE, LLC, and CHARLES RUSSELL, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 7:21cv00135 |
| v. | ) ) | **ORDER** |
| The Honorable RALPH S. NORTHAM, | ) ) ) | By:   Hon. Thomas T. Cullen        United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum Opinion entered this date, Plaintiff's Motion for a Preliminary Injunction [ECF No. 5] is **DENIED**.

The clerk is directed to forward a copy of this Order to Plaintiff and all other counsel of record.

It is so ORDERED.

**ENTERED** this 26th day of March, 2021.

>   */s/ Thomas T. Cullen*
>   UNITED STATES DISTRICT JUDGE